UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| PANSEY BOBAY AND DENNIS BOBAY | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO: |
| | ) | |
| v. | ) | |
| | ) | |
| WALGREEN COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED COMPLAINT

COME NOW the Plaintiffs, Pansey Bobay ("Bobay") and Dennis Bobay (collectively "the Bobays"), by counsel, and file the instant Complaint against Walgreen Company ("Walgreens"). In support of said Complaint, the Bobays would show the Court as follows:

### I. PARTIES, JURISDICTION AND VENUE

1. The Bobays are citizens of the state of Indiana and individual residents of Wells County, State of Indiana.

2. Walgreens is an Illinois Corporation with its principal place of business in Illinois.

3. Walgreens owns and operates the Walgreens Pharmacy located in Bluffton, Wells County, Indiana.

4. The amount in controversy is more than $75,000.00, exclusive of interest and costs.

5. This Court has jurisdiction over the dispute between the parties pursuant to 28 U.S.C. § 1332 because the Bobays are individual citizens of the State of Indiana, Walgreens is a

citizen of the State of Illinois, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6. This Court is the proper venue to hear disputes between the parties as the acts giving rise to the claim occurred in Wells County, Indiana.

## II. FACTUAL BACKGROUND

7. In approximately 2000, Bobay was diagnosed as suffering from recurring Non-Hodgkin's Lymphoma. After a stem cell donor was identified, Bobay underwent an allogenic stem cell transplant in approximately April 2004 at the University of Nebraska Medical Center. The stem cell transplant was considered a success and Bobay was considered cancer free as of approximately April 2005.

8. Following the transplant, Bobay was prescribed an anti-rejection medication known as Cyclosporine.

9. Bobay had her prescription for Cyclosporine filled at the Walgreens in Bluffton, Indiana.

10. In approximately 2005 Bobay began to treat with Dr. Mark S. Hazen ("Dr. Hazen") of the Heart Center of Fort Wayne.

11. During the course of his treatment of Bobay, Dr. Hazen prescribed Vytorin and Lopid to treat Bobay's marginally high cholesterol.

12. Walgreens filled Bobay's prescription for Vytorin.

13. Based upon information and belief, Walgreen's filled Bobay's prescription for Lopid.

14. Walgreens knew or should have known that Bobay was also taking an anti-rejection medication known as Cysclosporine and other anti-rejection medication.

15. After taking the Vytorin and Lopid for a short period of time, Bobay began to experience significant muscle weakness requiring hospitalization.

16. While in the hospital, it was determined that Bobay was suffering from Rhabdomyolysis, a condition/disease which results in the destruction of muscle tissue and adversely effects the kidneys.

17. The Rhabdomyolysis was caused by the prescription of the Vytorin and/or Lopid while Bobay was also taking her Cysclosporine and other anti-rejection medication.

18. In addition to the Rhabdomyolysis, Bobay has suffered other personal injuries as a result of the prescription of the Lopid and Vytorin.

### III. CLAIM FOR NEGLIGENCE

19. Walgreens owed Bobay a duty to inform or otherwise warn her of the risk of Rhabdomyolysis and other injuries which may result from taking Cyclosporine and Vytorin and/or Lopid, and owed Bobay a duty to refrain from providing her with medications which would cause or have a great risk of causing injury to her.

20. Walgreens breached those duties to Bobay by filling the prescription for Vytorin and/or Lopid in light of the fact that she was also taking Cysclosporine.

21. As a direct and proximate result of Walgreen's negligence Bobay suffered injuries, incurred medical expenses of approximately $75,000.00 and will continue to suffer from her injuries and incur additional medical expenses in the future.

22. As a direct and proximate result of Walgreen's negligence, Dennis Bobay has lost the services, society and companionship of his wife, Pansey Bobay.

WHEREFORE, Pansey and Dennis Bobay respectfully request an award of damages against Walgreens in an amount that will fully and fairly compensate them for all losses, injuries, and damages, for the cost of this action, and for all other relief appropriate in the premises.

## DEMAND FOR JURY TRIAL

Come now Pansey and Dennis Bobay and hereby demand a trial by jury as to all issues so triable.

Respectfully submitted,

S/Holly A. Brady
John C. Theisen (549-02)
Holly A. Brady (18227-02-A)
THEISEN BOWERS & BRADY, LLC
810 South Calhoun Street, Suite 200
Fort Wayne, Indiana 46802
Telephone: (260) 422-4255
Facsimile: (260) 422-4245
*ATTORNEYS FOR PLAINTIFFS, PANSEY AND DENNIS BOBAY*

4