IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

PANSEY BOBAY and DENNIS BOBAY
    Plaintiffs

vs.                                        Cause No. 1:07CV0119

WALGREEN COMPANY,
    Defendant.

## MEDIATOR'S REPORT TO COURT

Daniel J. Sigler, mediator in this matter, reports that a mediation conference was held on June 25, 2008, and that the process has been completed.

The mediation was terminated without agreement.

Respectfully submitted,

Daniel J. Sigler

BLOOM GATES SIGLER & WHITELEATHER, LLP
P.O. Box 807
Columbia City, Indiana 46725-0807
(260) 248-8900
Atty. No. 133-01

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading or paper was served on all other attorneys of record, by personally delivering such to each of them or by depositing such in the United States mail, first class postage paid and addressed to said attorneys at their respective addresses as shown on their pleadings or papers filed herein, all on this 1st day of July, 2008.

Daniel J. Sigler