```
 1                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF INDIANA
 2                          FORT WAYNE DIVISION

 3     PANSEY BOBAY and DENNIS BOBAY,

 4           Plaintiffs,

 5                                    CIVIL CAUSE NUMBER:
                        vs.           1:07CV119
 6

 7     WALGREEN COMPANY,              South Bend, Indiana
                                      January 25, 2008
 8           Defendant.               9:00 o'clock a.m.

 9

10                       TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE ROBERT L. MILLER, JR.
11

12     APPEARANCES:

13

14     For the Plaintiffs:    MR. JOHN THEISEN (telephonically)
                              Attorney at Law
15                            810 South Calhoun Street
                              Fort Wayne, Indiana 46802
16

17     For the Defendant:     MR. DANIEL PALMER
                              Attorney at Law
18                            803 South Calhoun Street
                              Fort Wayne, Indiana 46858
19

20                      *DEBRA J. BONK, RMR, CRR*
                      **Federal Official Court Reporter**
21                     **United States District Court**
                     **204 South Main Street - Room 323**
22                       **South Bend, Indiana 46601**

23

24     *Proceedings reported in machine shorthand.  Transcript
        produced by Computer-Aided Transcription - ECLIPSE*
25
```

```
 1              THE COURT:  Good morning.
 2              The first order of business --
 3              MR. THEISEN:  Good morning, Your Honor.
 4              THE COURT:  Good morning.
 5              The first order of business is a scheduling
 6    conference in 1:07CV119, Bobay versus Walgreen Company, and
 7    we are gathered in person and by telephone.
 8              As I understand it, we have on the phone in Fort
 9    Wayne for both Plaintiffs Mr. John Theisen.
10              Are you there, sir?
11              MR. THEISEN:  Yes, Your Honor.  I am actually in
12    Chicago, but I am from Fort Wayne.
13              THE COURT:  Okay.  Ordinarily in Fort Wayne.
14              MR. THEISEN:  Ordinarily.
15              THE COURT:  And for the Defendant, also ordinarily
16    in Fort Wayne but present in court today, Mr. Daniel Palmer.
17              MR. PALMER:  Yes, Your Honor.
18              THE COURT:  The purpose of today's conference --
19    we've been setting these for two reasons.  One is to set a
20    deadline for dispositive motions -- but, I gather, that's
21    not needed now because we have one already being briefed --
22    and, secondly, to pick a trial date.
23              It appeared to me, just looking over the docket
24    sheet, given your discovery deadline and where we stand with
25    the dispositive motion, that we should probably be looking
```

1  somewhere around May for a trial.  Does that sound right?
2       **MR. PALMER:**  Actually, Your Honor, if I may, John
3  and I have had lengthy discussions on this.  But, early on,
4  his firm and I agreed that we were going to -- because there
5  was a significant legal issue that needed to be resolved
6  first, we, both sides, have concentrated only on that up
7  until this point, and we have not conducted any discovery on
8  the damages portion, and, frankly, John has not conducted
9  some of the discovery on the liability portion either, so we
10 were both going to ask jointly if we could extend the
11 discovery deadline and then --
12      **THE COURT:**  How long did you want to run the
13 deadline out, the discovery deadline out to?
14      **MR. PALMER:**  I would think late summer.
15      What do you think, John?
16      **MR. THEISEN:**  I think that sounds reasonable, Dan,
17 if that's agreeable with the Court.
18      **MR. PALMER:**  So maybe as far as August 1st.
19      **THE COURT:**  Okay.  So we'll modify the discovery
20 deadline to August 1st; and then, what, September for a
21 trial date, perhaps?
22      **MR. PALMER:**  I think that's fine.
23      **MR. THEISEN:**  I think that's doable.
24      **THE COURT:**  I'm sorry.  I couldn't hear, sir.
25      **MR. THEISEN:**  I apologize, Your Honor.

```
 1            That is agreeable with the Plaintiffs, Your Honor.
 2            THE COURT:  Okay.  And your original estimate had
 3   been a three-day trial.  Does that still sound right,
 4   assuming all issues are still in?  Again, I haven't looked
 5   at the summary judgment motion yet because it's not ripe
 6   yet, so I'm not tipping a hand there, just trying to make
 7   sure we have enough days.
 8            MR. PALMER:  For the Defense, three days would be
 9   sufficient.
10            MR. THEISEN:  Plaintiff agrees, Your Honor.
11            THE COURT:  Okay.  How about September 15th?
12            MR. THEISEN:  That works for Plaintiff, Your Honor.
13            THE COURT:  I'm sorry.  I'm sorry.  Let me suggest
14   September 8th.  I see that I have a Fort Wayne trial set
15   there, so I need more ability to keep the week clear so I
16   can be in Fort Wayne.
17            MR. PALMER:  September 8th is better for me.
18            MR. THEISEN:  September 8th will work fine, also,
19   Your Honor.
20            THE COURT:  Okay.  Now, I need to warn you that,
21   right now, Judge Sharp's illness is resulting in my getting
22   all the criminal cases.  Hopefully, by September 8th, either
23   we have a new district judge or he's back on board or both,
24   but it may well be that the criminal cases will trample your
25   setting.
```

```
 1             MR. PALMER:  Understood.
 2             THE COURT:  I just want to be upfront with everybody
 3     about that, but we're all hopeful of both those things
 4     happening.
 5             For the final pretrial conference, how about
 6     September 3rd at 9:00?
 7             MR. PALMER:  I'm available.
 8             MR. THEISEN:  I am, also, Your Honor.
 9             THE COURT:  Okay.  And that one will be here.
10     Although, if you folks can work out a way to do it, I'm
11     happy to do that one by video conferencing, if you want to
12     stay in Fort Wayne for that.
13             Do I have a volunteer for the proposed pretrial
14     order?
15             MR. PALMER:  I'd be happy to prepare the initial
16     round.
17             THE COURT:  Okay.  Let me ask that it be submitted
18     by August 27th, a week before the final pretrial conference,
19     and I'll rely on you folks to work out the timing of the
20     exchange of contentions, witness, and exhibit lists
21     consistent with Rule 26(a)(3).
22             I think that covers everything on my agenda.
23     Anything further for Plaintiff, Mr. Theisen?
24             MR. THEISEN:  Just a point of clarification.  Are we
25     having -- where is the actual physical location of the trial
```

```
 1   going to be?
 2            THE COURT:  I'm going to try to do it in Fort Wayne.
 3            MR. THEISEN:  Thank you, Judge.
 4            THE COURT:  Tell your witnesses to be there.  If
 5   there's going to be something that would make it absolutely
 6   impossible for me to do that and it would have to be here, I
 7   would either see if I could trade with Judge Springmann or
 8   Judge Lee and have them conduct it in Fort Wayne or, failing
 9   that, I'd give you as much notice as possible to come here,
10   but I view this as a Fort Wayne case that ought to be tried
11   in Fort Wayne.
12            MR. PALMER:  Thank you, Your Honor.
13            MR. THEISEN:  Thank you, Your Honor.
14            THE COURT:  Okay.  Anything further for the Defense?
15            MR. PALMER:  No, sir.
16            THE COURT:  Okay.  Thank you, folks.
17            MR. THEISEN:  Thank you, Your Honor.
18            MR. PALMER:  See you, John.
19                        (Proceedings concluded.)
20
21
22
23
24
25
```

```
 1                         ***
 2                      CERTIFICATE
 3       I, DEBRA J. BONK, certify that the foregoing is a
 4   correct transcript from the record of proceedings in the
 5   above-entitled matter.
 6                           s/Debra J. Bonk
                             _____
 7                           DEBRA J. BONK, RMR, CRR
                             FEDERAL OFFICIAL COURT REPORTER
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```